## Commonwealth *v.* Pent, Appellant.

 *Richard L. McCandless,* for appellant; *Robert F. Hawk,* Assistant District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Rockwell, Appellant.

 Submitted November 12, 1968. *Harry Humbert,* and *Ray, Buck & John,* for appellant; *Lawrence D. McDaniel,* Assistant District Attorney, and *Joseph E. Kovach,* District Attorney, for Commonwealth, appellee.

Order affirmed.